UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**GREGORY BYNUM,**

  *Plaintiff*,     Case No. 2:21-CV-12302-RHC-DRG

  **-v-**       HON. ROBERT H. CLELAND

**CITY OF TAYLOR,** *a Michigan* **Municipality, and CHRISTOPHER CATES,** *in his individual capacity*,

  *Defendants.*

---

| | |
|---|---|
| PERKINS LAW GROUP, PLLC | LAW OFFICE OF JOEL B. SKLAR |
| TODD RUSSELL PERKINS | JOEL B. SKLAR |
| *Counsel for Plaintiff* | *Counsel for Plaintiff* |
| 615 Griswold, Suite 400 | 500 Griswold, Suite 2450 |
| Detroit, Michigan 48226 | Detroit, Michigan 48226 |
| (313) 964-1702 | (313) 963-4529 |
| E: Tperkins@perkinslawgroup.net | E: Joelb79@hotmail.com |

---

## APPEARANCE OF COUNSEL FOR GREGORY BYNUM

**PLEASE TAKE NOTICE that,** Counsel, **THE PERKINS LAW GROUP, PLLC,** by Todd Russell Perkins, does hereby enter his appearance on behalf of **GREGORY BYNUM**, in the above-related cause.

          Respectfully submitted,

*/s/Todd Russell Perkins*
**THE PERKINS LAW GROUP, PLLC**
*Attorney for Plaintiff*
615 Griswold, Suite 400
Detroit, Michigan 48226
(313) 964-1702
tperkins@perkinslawgroup.net

Dated:      January 28, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**GREGORY BYNUM,**

    *Plaintiff*,             Case No. 2:21-CV-12302-RHC-DRG

    **-v-**             HON. ROBERT H. CLELAND

**CITY OF TAYLOR,** *a Michigan*
**Municipality, and CHRISTOPHER**
**CATES,** *in his individual capacity*,

    *Defendants.*

___

## PROOF OF SERVICE

I hereby certify that on January 28, 2022, the undersigned electronically filed the **Plaintiff's Appearance of Counsel** with the Clerk of the Court using the Court's electronic filing system, which will send notification of such filing to all parties to the above cause.

           Respectfully Submitted,

           **THE PERKINS LAW GROUP, PLLC**

     By:   */s/Todd Russell Perkins*
              TODD RUSSELL PERKINS (P55623)
              PERKINS LAW GROUP PLLC
              Attorney for Plaintiff
              615 Griswold, Suite 400
              Detroit, MI 48226
              (313) 964-1702

Dated:      January 28, 2022